United States District Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **WAREHOUSE STOCK, LLC,** *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:23-CV-00112** |
| § | |
| **SAMSUNG SDS MEXICO S.A. DE C.V.,** § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiffs Warehouse Stock, LLC, and Morgan Logistics, LLC, and Defendant Samsung SDS Mexico, S.A. de C.V. filed a Joint Formal Stipulation of Dismissal (Dkt. 6). In this Stipulation (Dkt. 6), the Parties indicated that all matters in this controversy have been resolved, and that they wish the matter to be dismissed pursuant to Federal Rule of Civil Procedure 41. As counsel for all Parties has signed this Stipulation (Dkt. 6), the Court construes this filing as a voluntary stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii). *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this December 12, 2023.

_____
Diana Saldaña
United States District Judge